**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**ALLYSON C. LANE, as Administrator of the
Estate of Richard H. Lane**                                                     **PLAINTIFF**

**VS.**                             **CIVIL ACTION NO.**     **NO. <u>1:21cv85-SA-DAS</u>**

**DOMTAR PAPER COMPANY, LLC,
COLE CREEK FORESTRY, LLC and
THE PRICE COMPANIES, INC.**                                                  **DEFENDANTS**

**AGREED ORDER OF DISMISSAL WITH PREJUDICE
<u>AS TO DEFENDANT, COLE CREEK FORESTRY, LLC</u>**

THIS MATTER, having come before the Court on agreement that the claims of Plaintiff, Allyson C. Lane, as Administrator of the Estate of Richard H. Lane be dismissed with prejudice as to Defendant, Cole Creek Forestry, LLC. The Court, being duly advised of the facts and circumstances of this matter, is of the opinion that such motion should be granted. The case will proceed against the remaining Defendants, Domtar Paper Company, LLC and The Price Companies, Inc. with Defendant, Cole Creek Forestry, LLC being removed from the style of the case.

IT IS THEREFORE, ORDERED AND ADJUDGED that the claims of Plaintiff, Allyson C. Lane, as Administrator of the Estate of Richard H. Lane are dismissed with prejudice as to Defendant, Cole Creek Forestry, LLC. The case will proceed against the remaining Defendants, Domtar Paper Company, LLC and The Price Companies, Inc. with Defendant, Cole Creek Forestry, LLC being removed from the style of the case.

SO ORDERED AND ADJUDGED, this the __26th__ day of _____May_____ 2021.

                                                                       */s/ Sharion Aycock*
                                                               U.S. DISTRICT COURT JUDGE

**AGREED TO BY:**


/s/ William T. Cooper
William T. Cooper (MSB # 9588)
Crowell Gillis & Cooper, PLLC
322 Main Street
Columbus, MS. 39703
wcooper@cgclawpllc.com
ATTORNEY FOR PLAINTIFF



/s/ Mark C. Carroll
Mark C. Carroll (MSB # 8665)
Carroll Bufkin, PLLC
1076 Highland Colony Parkway
600 Concourse, Suite 125
Ridgeland, MS. 39157
mcarroll@carrollbufkin.com
*Attorney for Defendant,*
*Cole Creek Forestry, LLC*