UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ALLYSON C. LANE, as** **PLAINTIFF**
**Administrator of the Estate of**
**Richard H. Lane**

V.  CIVIL ACTION NO. 1:21cv-85-SA-DAS

**DOMTAR PAPER COMPANY, LLC and**
**THE PRICE COMPANIES, INC.** **DEFENDANT(S)**

## ORDER

On the joint motion of the plaintiff and the defendant with The Price Companies, Amory Chips, Inc., a wholly owned subsidiary of The Price Company, is substituted in place of The Price Companies in the complaint. Amory Chips, Inc., is also an Arkansas corporation. The clerk of the court shall change style of this case to reflect the substitution of parties.

**SO ORDERED** this the 12th day of August, 2021.

/s/ David A. Sanders
**U.S. MAGISTRATE JUDGE**